# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160790(49)

REID COWAN,
        Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT OF
CORRECTIONS,
        Defendants,
and

EDWARD BARBER,
        Defendant-Appellee.
_____/

SC: 160790
COA: 345602
Ct of Claims: 17-000091-NM

On order of the Chief Justice, the second motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before March 23, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2020



Clerk